IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SHEILA CRAIG, as the personal representative of the Estate of Robert D. Craig, deceased;<br><br>Plaintiff,<br><br>vs.<br><br>BNSF RAILWAY COMPANY,<br><br>Defendant. | **7:19CV5001**<br><br>**ORDER** |

IT IS ORDERED:

The jury trial setting for this case is vacated. A status conference will be held by telephone on June 2, 2020, at 11:00 a.m. to discuss whether the case is likely to be resolved by settlement or by trial in North Platte. If by trial, potential trial dates will be discussed during the conference. In preparation for this conference, counsel must confer with their respective clients and any necessary witnesses regarding unavailable trial dates.

Dated this 26th day of September, 2019.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge